AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

E-filing

FILED
JUN 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

— OFFENSE CHARGED —

18 U.S.C. § 931 – Possession of Body Armor by Violent Felon

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Maximum 3 years imprisonment; $250,000 fine; maximum 1-year term supervised release; $100 special assessment

DEFENDANT - U.S
▶ GREGORY ALLEN BONNER

DISTRICT COURT NUMBER
CR08-389  SBA

— DEFENDANT —

IS *NOT* IN CUSTODY
  Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☒ On another conviction   } ☒ Federal  ☐ State
6) ☐ Awaiting trial on other charges
    If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   } If "Yes" give date filed _____

DATE OF ARREST ▶  Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year _____

☐ This report amends AO 257 previously submitted

— PROCEEDING —

Name of Complainant Agency, or Person (& Title, if any)
FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court, give name of court _____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY   ☐ DEFENSE
} SHOW DOCKET NO. _____

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO. _____

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   JAMES C. MANN, AUSA,

— ADDITIONAL INFORMATION OR COMMENTS —

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

# United States District Court

**FOR THE**
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: OAKLAND

FILED
JUN 1 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

---

UNITED STATES OF AMERICA,

V.

CR08-389   SBA

GREGORY ALLEN BONNER,

DEFENDANT(S).

---

## INDICTMENT

18 U.S.C. § 931 – Possession of Body Armor by Violent Felon

---

_signature_  6-11-08
A true bill.

_signature_ _____ Foreman

Filed in open court this __11__ day of

__JUNE   2008__.

__NO PROCESS__
_____ Clerk

Bail, $ _____

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

FILED
JUN 1 1 2008
E-filing
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) No. CR08-389 SBA |
| Plaintiff, | ) VIOLATION: 18 U.S.C. § 931 – Possession of Body Armor by Violent Felon |
| v. | ) OAKLAND VENUE |
| GREGORY ALLEN BONNER, | ) |
| Defendant. | ) |

INDICTMENT

The Grand Jury charges:

COUNT ONE:      (18 U.S.C. § 931 – Possession of Body Armor by Violent Felon)

On or about December 8, 2007, in the Northern District of California, the defendant,

GREGORY ALLEN BONNER,

having previously been convicted of a felony crime of violence and of a felony offense under state law that would constitute a crime of violence if it occurred within the special maritime and territorial jurisdiction of the United States, did knowingly possess body armor, described as a Second Chance K-30 trauma plate, sold and offered for sale in interstate and foreign commerce,

INDICTMENT

1  in violation of Title 18, United States Code, Section 931.

3  DATED:    June 11, 2008                    A TRUE BILL

                                              _____
                                              FOREPERSON

6  JOSEPH P. RUSSONIELLO
   United States Attorney

   _____
9  W. DOUGLAS SPRAGUE
   Chief, Oakland Branch

11 (Approved as to form: _____ )
                         AUSA J.C. MANN

INDICTMENT