

**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

---

JAMES C. MANN
*Assistant United States Attorney*
*Telephone: (510) 637-3705*
*Facsimile: (510) 637-3724*
*E-Mail:  James.C.Mann@usdoj.gov*

*Ronald V. Dellums Federal Building*
*1301 Clay Street, Suite 340S*
*Oakland, California 94612-5217*

June 12, 2008

VIA HAND DELIVERY

Honorable Wayne D. Brazil
United States Magistrate Judge
United States District Court, Northern District of California
1301 Clay Street, Suite 400 S
Oakland, CA 94612-5212

    Re:    United States v. Gregory A. Bonner,
               CR-08-0389 SBA

Dear Magistrate Judge Brazil:

On June 11, 2008, the Grand Jury returned a single count indictment in the above-referenced matter. I respectfully request that this matter be added to this Court's 10:00 a.m. criminal calendar on Tuesday, June 17, 2008 for an arraignment and initial appearance. Defense counsel, Jerome Matthews, is aware of this request and is copied on this letter.

                                              Sincerely,

                                              JOSEPH P. RUSSONIELLO
                                              United States Attorney

By:                /s/
                      JAMES C. MANN
                      Assistant United States Attorney

cc:    Jerome Matthews, Esq.