| DOCUMENTS UNDER SEAL ☐ | | | TOTAL TIME (mins): 5 Mins | |
|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>Ivy L. Garcia | | REPORTER/FTR<br>FTR: 6/17/08 10:23:58-10:28:21 | |
| MAGISTRATE JUDGE<br>HON. WAYNE D. BRAZIL | DATE<br>6/17/08 | | NEW CASE ☐ | CASE NUMBER<br>CR-08-00389-SBA |

### APPEARANCES

| DEFENDANT<br>GREGORY A. BONNER | AGE | CUST<br>Yes | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Jerome Matthews | PD. ☒ RET. ☐<br>APPT. ☐ RE- |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>James Mann | INTERPRETER<br>None | | | ☐ FIN. AFFT SUBMITTED | ☒ COUNSEL APPT'D |
| PROBATION OFFICER<br>None | PRETRIAL SERVICES OFFICER<br>Carol Mendoza | | | ☐ DEF ELIGIBLE FOR APPT'D COUNSEL | ☐ PARTIAL PAYMENT OF CJA FEES |

### PROCEEDINGS SCHEDULED TO OCCUR

| ☒ INITIAL APPEAR<br>3 Mins HELD | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☒ ARRAIGNMENT<br>2 Mins HELD | ☐ BOND HEARING | ☐ INITIAL APPEAR REV PROB OR S/R | ☐ OTHER |
| ☒ DETENTION HRG *TIMING OF ~~DETENTION HRG~~ WAIVED BY THE DEFT.* | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

### INITIAL APPEARANCE

| ☒ ADVISED OF RIGHTS 6/17/08 | ☒ ADVISED OF CHARGES 6/17/08 | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: | |
|---|---|---|---|---|

**FILED JUN 17 2008**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☒ ARRAIGNED ON INDICTMENT<br>1 COUNT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|

| PROPERTY TO BE POSTED<br>☐ CASH $ | | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ | |
|---|---|---|---|---|
| ☒ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☒ DETAINED ☐ RELEASED | ☒ *TIMING OF* DETENTION HEARING ~~~~ WAIVED BY THE DEFT. | ☒ REMANDED TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT ENTERED | ☒ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO:<br>7/8/08 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☒ STATUS / TRIAL SET |
|---|---|---|---|---|
| AT:<br>9:00 a.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGN-MENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON.<br>S. B. ARMSTRONG | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☒ TIME WAIVED BY *THE DEFT. RE: SPEEDY TRIAL ACT CALCULATION BET. NOW & UNTIL 7/8/08 FOR EFFECTIVE PREP. OF COUNSEL.* | ☒ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

The deft. waived the timing of his Detention Hrg. at this time. The deft. was ordered detained. The deft. reserves his rights to have his Detention Hrg. -- if & when he believes it's on his best interest to put his Detention Hrg. back on calendar later. The deft. has 2 pending Sup. Release revoc. matters bef. 2 separate District Judges: CR-01-40136-SBA & CR-05-0808-CW. *The parties will try to consolidate all deft's cases.*

cc: *WDB's Stats, Lisa, Sheilah, Pretrial Svcs, Probation*

DOCUMENT NUMBER: