**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: 7/8/08

CR-08-00389SBA
CR 01-40136SBA          **JUDGE: SAUNDRA BROWN ARMSTRONG**
CR-05-00808SBA

 BONNER                                Present (X) Not Present ( ) In Custody (X)
    DEFENDANT(S)


 JAMES MANN                              JEROME MATTHEWS
U.S. ATTORNEY                           ATTORNEY FOR DEFENDANT(S)


Deputy Clerk: Lisa R. Clark             IRENE RODRIQUEZ
                                         Court Reporter


                                         RICH BROWN
 Interpreter                             Probation Officer

**PROCEEDINGS**

**REASON FOR HEARING:    STATUS - HELD**

**RESULT OF HEARING:  COURT FINDS EXCLUDABLE TIME BASED ON CONTINUITY OF DEFENSE COUNSEL UNTIL 7/29/08**


**JUDGMENT:**


**PROCEEDINGS**

**Case Continued to  7/29/08  for Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing /STATUS RE: SUPERVISED RELEASE REVOCATION AND DISPOSITION @ 9:00 a.m.**
**Case Continued to_____ @ 9:00 a.m. for_____ Motions**
**Brief Sched. Motion papers by_____Opposition by_____Reply by_____**
**Case Continued to_____for Pretrial Conference at 11:00 a.m.**
**Pretrial Papers Due_____ Motions in limine/objections to evidence due _____**
**Responses to motions in limine and/or responses to objections to evidence due_____**
**Case Continued to_____for Trial(Court/Jury:___Days/weeks) at 8:30 a.m.**
**Case Continued to_____for Judgment & Sentencing as to Count(s) _____of the (Indictment/Information) @ 10:00 a.m.**
**Case Continued to_____for Change of Plea @ 11:00 a.m.**
**cc:**