UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: 7/29/08

CR 08-00389SBA   JUDGE: <u>SAUNDRA BROWN ARMSTRONG</u>
CR 01-40136SBA
CR 05-00808SBA
GREGORY ALLEN BONNER   Present (X) Not Present ( ) In Custody (X)
   DEFENDANT(S)

<u>JAMES MANN</u>   <u>JEROME MATTHEWS</u>
U.S. ATTORNEY   ATTORNEY FOR DEFENDANT(S)

Deputy Clerk: Lisa R. Clark   <u>STARR WILSON</u>
   Court Reporter

   <u>RICH BROWN</u>
Interpreter   Probation Officer

PROCEEDINGS

<u>REASON FOR HEARING:</u>  STATUS - HELD

<u>RESULT OF HEARING:</u>  COURT FINDS EXCLUDABLE TIME BASED ON ADEQUATE PREPARATION OF COUNSEL OF CONTINUITY OF COUNSEL UNTIL 8/19/08

<u>JUDGMENT:</u>

PROCEEDINGS

Case Continued to _____ for Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.
Case Continued to <u>9/23/08</u> @ 11:00 a.m. for <u>DECISION ON MOTION</u>
Brief Sched. Motion papers by <u>8/19/08</u> Opposition by <u>9/2/08</u> Reply by <u>9/9/08</u>
Case Continued to _____ for Pretrial Conference at 11:00 a.m.
Pretrial Papers Due _____ Motions in limine/objections to evidence due _____
Responses to motions in limine and/or responses to objections to evidence due _____
Case Continued to _____ for Trial(Court/Jury: ___ Days/weeks) at 8:30 a.m.
Case Continued to _____ for Judgment & Sentencing as to Count(s) _____ of the (Indictment/Information) @ 10:00 a.m.
Case Continued to _____ for Change of Plea @ 11:00 a.m.
cc: