**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| UNITED STATES, | No. CR 08-00389 SBA |
| Plaintiff, | **ORDER** |
| v. | [Docket No 40] |
| GREGORY ALLEN BONNER, | |
| Defendant. | |

The Court, having considered the Defendant's request for "*In Camera* Evidentiary Proffer in Support of Justification Defense" and the Government's opposition, hereby rules it will consider the evidentiary proffer *in camera* in order to evaluate whether the evidence is sufficient as a matter of law to support the justification defense. The Defendant is ORDERED to make his submission by **noon on Friday, November 14, 2008.**

IT IS SO ORDERED.

November 13, 2008

Saundra Brown Armstrong
United States District Judge