**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| UNITED STATES, | No. CR 08-00389 SBA |
| Plaintiff, | **ORDER** |
| v. | |
| GREGORY ALLEN BONNER, | |
| Defendant. | |

Before the Court is Defendant Gregory Allen Bonner's "In Camera Evidentiary Proffer in Support of Justification Defense. The Court, having received, read and considered the Evidentiary Proffer and Mr. Bonner's sworn declaration of September 8, 2008, [Docket No. 9], finds the proffered evidence insufficient as a matter of law to support the justification defense. The Court's ruling, which GRANTS the Government's Motion in Limine to preclude the justification defense, stands as ordered. [Docket No. 44].

IT IS SO ORDERED.

November 14, 2008

_____
Saundra Brown Armstrong
United States District Judge