1
2
3
4
5
6
7
8                         UNITED STATES DISTRICT COURT
9                        NORTHERN DISTRICT OF CALIFORNIA
10                                OAKLAND DIVISION

| | | |
|---|---|---|
| 11  UNITED STATES OF AMERICA, | ) | No. CR-08-00389 SBA |
| 12      Plaintiff, | ) ) | WAIVER OF TRIAL BY JURY |
| 13  v. | ) ) | |
| 14  GREGORY ALLEN BONNER, | ) ) | |
| 15      Defendant. | ) ) ) | |
| 16  _____ | ) | |

17      The defendant, GREGORY ALLEN BONNER, having been fully advised by his counsel
18 of record, Assistant Federal Public Defender Jerome Matthews, of (i) his right to plead guilty and
19 (ii) the applicability and function of the United States Sentencing Guidelines in this case; and
20      Having been advised by counsel and the Court of his constitutional right to a trial by jury,
21 and specifically, (i) that a jury is composed of 12 members of the community; (ii) that the
22 defendant may participate in the selection of jurors; (iii) that the jury's verdict must be
23 unanimous; and (iv) that if the defendant waives a jury trial, then a judge alone will decide the
24 defendant's guilt or innocence; and
25      Having fully discussed all of these matters with counsel,
26      Hereby voluntarily, knowingly, and intelligently waives his right to a trial by jury and
27 consents to have this matter determined by the Honorable Saundra Brown Armstrong, the United
28

DEFENDANT'S WAIVER OF TRIAL BY JURY
No. CR-08-00389 SBA                        -1-

1  States District Court Judge assigned to this case, in accordance with Rule 23 of the Federal Rules
2  of Criminal Procedure.
3       Plaintiff, United States of America, by and through its counsel of record, the United
4  States Attorney for the Northern District of California, similarly waives its right to a trial by jury.

7  DATED: December 9, 2008          Respectfully submitted,
8                                   JOSEPH P. RUSSONIELLO
                                    United States Attorney
10                                  _____
                                    JAMES C. MANN
11                                  Assistant United States Attorney

14 DATED: December 9, 2008           Respectfully submitted,
15                                   BARRY J. PORTMAN
                                     Federal Public Defender
17                                   _____
                                     JEROME MATTHEWS
18                                   Assistant Federal Public Defender

21 DATED: December 7, 2008           _____
                                     GREGORY ALLEN BONNER
22                                   Defendant

24 APPROVED AND ACCEPTED:
25  _____          Dec 9, 2008
26 HON. SAUNDRA BROWN ARMSTRONG
   UNITED STATES DISTRICT COURT JUDGE
27 NORTHERN DISTRICT OF CALIFORNIA

DEFENDANT'S WAIVER OF TRIAL BY JURY
No. CR-08-00389 SBA                 -2-