BARRY J. PORTMAN
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant GREGORY BONNER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-08 00389 SBA |
| Plaintiff, | STIPULATION AND ORDER CONTINUING SENTENCING HEARING |
| vs. | |
| GREGORY BONNER, | |
| Defendant. | |

    This matter presently is set for Gregory Bonner to be sentenced on February 24, 2009. Defense counsel wishes to conduct additional investigation and research regarding matters relevant to the Court's sentencing determination, and to discuss findings with the government and probation officer. For this reason, IT IS STIPULATED AND AGREED that the sentencing hearing be continued to March 24, 2009.

*U.S. v. Bonner*, CR 08-00389 SBA
Stipulation and [Proposed] Order Continuing
Sentencing Hearing     1

Dated: January 28, 2009

        /s/
JEROME MATTHEWS
Assistant Federal Public Defender

Dated: January 28, 2009

        /s/
JAMES C. MANN
Assistant United States Attorney

I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature (/s/) within this e-filed document.

# ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS that there is good cause for continuance of the defendant's sentencing hearing to March 24, 2009.

Based on these findings, IT IS HEREBY ORDERED that the defendant's sentencing hearing be continued from February 24, 2009 to March 24, 2009 at 10:00 a.m.

IT IS SO ORDERED.

Dated: 2/2/09

SAUNDRA BROWN ARMSTRONG
United States District Judge

*U.S. v. Bonner*, CR 08-00389 SBA
Stipulation and [Proposed] Order Continuing
Sentencing Hearing    2